

## SCHLIER'S TOWING AND THRUWAY GARAGE
1870 West Main Street
STROUDSBURG, PA 18360-1028
24 Hr. Towing (717) 421-5845

# Road Service

| | | |
|---|---|---|
| DATE: 7/17/00 | TIME: A.M./P.M. | REQUESTED BY: UG-573342 | P.O. NO: |

NAME: PSP — Trooper Jennings  PHONE: 839-7701
ADDRESS: PO ACI Box 121
CITY: Swiftwater  STATE: PA  ZIP: 18370

LOCATION OF VEHICLE:

YEAR MAKE MODEL: Dodge Omni  COLOR: White  DRIVER:
STATE: PA  LIC. PLATE: CXY7620  VEHICLE #: 1B3BZ18CXHD30456  REGISTERED OWNER:

MILEAGE / SERVICE TIME / EXTRA PERSON: **Storage Only**

### REASON FOR TOW
- [ ] ACCIDENT
- [ ] ARREST
- [ ] UNREGISTERED
- [ ] TOW ZONE
- [ ] SNOW REMOVAL
- [ ] ABANDONED
- [ ] STOLEN CAR
- [ ] BREAK DOWN
- [ ] LOCK OUT
- [ ] START
- [ ] FLAT TIRE
- [ ] OUT OF GAS
- [x] IMPOUND

### SPECIAL EQUIPMENT
- [ ] SINGLE LINE WINCHING
- [ ] DUAL LINE WINCHING
- [ ] SNATCH BLOCKS
- [ ] SCOTCH BLOCKS
- [ ] DOLLY

### TYPE OF TOW
- [ ] SLING/HOIST TOW
- [ ] FLAT BED/RAMP
- [ ] WHEEL LIFT

### TOWED PER ORDER OF
- [x] STATE POLICE
- [ ] LOCAL POLICE
- [ ] OWNER
- [ ] DEALER

VEHICLE TOWED TO: Customer left vehicle here.

STORAGE FROM: 7/17 TO 7/18  inside @ $3

PAID BY:
- [ ] CASH
- [ ] CHECK
- [ ] CREDIT CARD  [ ] MC  [ ] VISA  [ ] AMEX

| | | |
|---|---|---|
| TOWING CHARGE | | |
| MILEAGE CHARGE | | |
| EXTRA PERSON | | |
| SPECIAL EQUIPMENT | | |
| LABOR CHARGE | | |
| inside STORAGE | 60 | 00 |
| SUB-TOTAL | | |
| TAX | | |
| TOTAL | 60 | 00 |

AUTHORIZED SIGNATURE  DATE 7/18/00
VEHICLE RELEASED TO: Burden F. M...  **CHARGE**  7/18/00

S 022813

Thank You

---

EXHIBIT
Douglas 2006
3
11-17-06

# SCHLIER'S 24-HR. TOWING
I-80 & Rte. 715
P.O. Box 465
TANNERSVILLE, PA 18372
(570) 629-0293

# Road Service
Charge

| | | | |
|---|---|---|---|
| DATE 7-20-00 | TIME P.M. | A.M. REQUESTED BY P.S.P. | P.O. NO. |

NAME:
ADDRESS:
CITY: STATE: ZIP:

LOCATION OF VEHICLE: RT 80 WB Before Exit 44
YEAR MAKE MODEL: Infinity J30T   COLOR: MAR
STATE: NY   LIC PLATE NO: QU1-YSR   VEHICLE ID NO: JNKAY21O1RM121357
REGISTERED OWNER:

MILEAGE — SERVICE TIME — EXTRA PERSON

## REASON FOR TOW
- [X] ACCIDENT
- [X] ARREST
- [ ] UNREGISTERED
- [ ] TOW ZONE
- [ ] SNOW REMOVAL
- [ ] ABANDONED
- [ ] STOLEN CAR
- [ ] BREAK DOWN
- [ ] LOCK OUT
- [ ] START
- [X] IMPOUNDED

## SPECIAL EQUIPMENT
- SINGLE LINE WINCHING
- DUAL LINE WINCHING
- SNATCH BLOCKS
- SCOTCH BLOCKS
- DOLLY

## TYPE OF TOW
- [ ] SLING/HOIST TOW
- [X] FLAT BED/RAMP
- [ ] WHEEL LIFT

## TOWED PER ORDER OF
- [X] STATE POLICE
- [ ] LOCAL POLICE
- [ ] OWNER
- [ ] DEALER

VEHICLE TOWED TO: PSP Headquarters

STORAGE FROM:
PAID BY: [ ] CASH [ ] CHECK [ ] CREDIT CARD — **CHARGE**

TOWING CHARGE: 75.00
MILEAGE CHARGE:
EXTRA PERSON:
SPECIAL EQUIPMENT:
LABOR CHARGE:
STORAGE:
SUB-TOTAL:
TAX:
TOTAL:

OPERATOR'S SIGNATURE: #58   DATE: 7-20-00
TRUCK NO: #739
AUTHORIZED SIGNATURE: 1953  07/20/00
VEHICLE RELEASED TO:

T 55309

Thank You

# SCHLIER'S 24-HR. TOWING
I-80 & Rte. 715
P.O. Box 465
TANNERSVILLE, PA 18372
(570) 629-0295



## Road Service

| | |
|---|---|
| DATE: 2-26-01 | TIME: 2517 |
| REQUESTED BY: PSP | |
| NAME: PSP Swiftwater | |

**LOCATION OF VEHICLE:** Rt 940 East x on almost to Mt Pocono
**YEAR MAKE MODEL:** MITS Galant
**COLOR:** Brown
**STATE LIC PLATE NO:** PA DFA-284
**VIN:** 4A3AJ46G3YE168204

**MILEAGE:** Finish 3 / Start 8  —  tow to

**REASON FOR TOW:** X IMPOUNDED

**TYPE OF TOW:** X FLAT BED RAMP
**TOWED PER ORDER OF:** X STATE POLICE
**VEHICLE TOWED TO:** Police Station Swiftwater

**PAID BY:** CHARGE

**TOWING CHARGE:** 65.00
**TOTAL:** 65.00

OPERATOR'S SIGNATURE: 24    DATE: 2-26-01
TRUCK NO: 723

T 56472

**Thank You**
PRODUCT 2625

# Road Service

**SCHLIER'S 24 HR. TOWING**
I-80 & Rte. 715
P.O. Box 465
TANNERSVILLE, PA 18372
(570) 629-0293

| | | |
|---|---|---|
| DATE 04-26-01 | TIME 9:22 AM | REQUESTED BY PA State Police |

**NAME:** PA State Police
**ADDRESS:**
**CITY:** **STATE:** **ZIP:**

**LOCATION OF VEHICLE:** 80 WB 304
**YEAR, MAKE, MODEL:** 86 Mazda Millinia
**STATE:** NY **PLATE NO:** FA562T **VEHICLE I.D.:** JM1TA2219W0140352

## REASON FOR TOW
- [X] ARREST
- [X] IMPOUNDED

## TYPE OF TOW
- [X] FLAT BED/RAMP

## TOWED PER ORDER OF
- [X] STATE POLICE

**VEHICLE TOWED TO:** PA State Police Head Quarters Swiftwater

| | |
|---|---|
| TOWING CHARGE | 65.00 |
| SUB-TOTAL | 65.00 |
| TOTAL | 65.00 |

**DATE:** 04-26-01
**TRUCK NO:** 77
**AUTHORIZED SIGNATURE:** Martin

CHARGE

T 61171

Thank You

# SCHLIER'S 24-HR. TOWING
I-80 & Rte. 715
P.O. Box 465
TANNERSVILLE, PA 18372
(570) 629-0293



# Road Service

| | | |
|---|---|---|
| DATE: 8-29-01 | TIME: P.M. | ATTESTED BY: PSP Swiftwater | WO NO: NO6-061717 |

NAME: PSP

YEAR MAKE MODEL: Olds Bravada   COLOR: White

STATE: NJ   LIC PLATE NO: LJE39F   VEHICLE ID NO: 1GHDT13S622B0707

**REASON FOR TOW**
- [x] ARREST

**TYPE OF TOW**
- [x] FLAT BED/RAMP

**TOWED PER ORDER OF**
- [x] STATE POLICE

**VEHICLE TOWED TO:** PSP Swiftwater

TOWING CHARGE: 65.00
SUB-TOTAL: 65.00
TOTAL: 65.00

VEHICLE RELEASED: 08/24/01

T 63139

Thank You

# SCHLIER'S 24-HR. TOWING
I-80 & Rte. 715
P.O. Box 465
TANNERSVILLE, PA 18372
(570) 629-0293

# Road Service



| DATE | TIME | A.M. REQUESTED BY | P.O. NO |
|---|---|---|---|
| 09-20-01 | PM | PSP | |

NAME: PSP

LOCATION OF VEHICLE: Comfort Inn RT 611
YEAR, MAKE, MODEL: Mercedes Benz     COLOR: Blk
STATE: PA   LIC PLATE NO: KNR-83T   VEHICLE ID NO: WDBLJ65G3WF010531

| REASON FOR TOW | | | SPECIAL EQUIPMENT |
|---|---|---|---|
| ☐ ACCIDENT | ☐ ABANDONED | ☐ FLAT TIRE | ☐ SINGLE LINE WINCHING |
| ☐ ARREST | ☐ STOLEN CAR | ☐ OUT OF GAS | ☐ DUAL LINE WINCHING |
| ☐ UNREGISTERED | ☐ BREAKDOWN | ☒ IMPOUNDED | ☐ SNATCH BLOCKS |
| ☐ TOW ZONE | ☐ LOCK OUT | | ☐ SCOTCH BLOCKS |
| ☐ SNOW REMOVAL | ☐ START | | ☐ DOLLY |

TYPE OF TOW: ☒ FLAT BED RAMP
TOWED PER ORDER OF: ☒ STATE POLICE
VEHICLE TOWED TO: PSP Swiftwater

| | |
|---|---|
| TOWING CHARGE | 65.00 |
| MILEAGE CHARGE | |
| EXTRA PERSON | |
| SPECIAL EQUIPMENT | |
| LABOR CHARGE | |
| STORAGE | |
| SUB-TOTAL | |
| TAX | |
| TOTAL | 65.00 |

Date: 09-20-01

T 62126  CHARGE



**Thank You**

# SCHLIER'S 24-HR. TOWING
I-80 & Rte. 715
P.O. Box 465
TANNERSVILLE, PA 18372
(570) 629-0293

# Road Service

| | |
|---|---|
| DATE 10/5/01 | TIME 12:15 P.M. |
| REQUESTED BY: PSP | P.O. NO. |
| NAME: PSP Swiftwater | PHONE |
| ADDRESS | |
| CITY | STATE  ZIP |
| LOCATION OF VEHICLE: Mt. Airy Lodge | |
| YEAR, MAKE, MODEL: Chev Lumina | COLOR: Maroon |
| DRIVER | |
| STATE: PA  LIC PLATE NO: EDE-6175  VEHICLE I.D. NO: 2G1WL54T0P1122237 | REGISTERED OWNER |

**MILEAGE** / **SERVICE TIME** / **EXTRA PERSON**

**REASON FOR TOW**
- [X] ACCIDENT
- [ ] ABANDONED
- [ ] FLAT TIRE
- [ ] ARREST
- [ ] STOLEN CAR
- [ ] OUT OF GAS
- [ ] UNREGISTERED
- [ ] BREAKDOWN
- [X] IMPOUNDED
- [ ] TOW ZONE
- [ ] LOCK OUT
- [ ] SNOW REMOVAL
- [ ] START

**SPECIAL EQUIPMENT**
- [ ] SINGLE LINE WINCHING
- [X] DUAL LINE WINCHING
- [ ] SNATCH BLOCKS
- [ ] SCOTCH BLOCKS
- [ ] DOLLY

**TYPE OF TOW**
- [X] SLING-HOIST TOW
- [ ] FLAT BED/RAMP
- [X] WHEEL LIFT

**TOWED PER ORDER OF**
- [X] STATE POLICE
- [ ] LOCAL POLICE
- [ ] OWNER
- [ ] DEALER

**VEHICLE TOWED TO:** Swiftwater Barracks

| | |
|---|---|
| TOWING CHARGE | 75.00 |
| MILEAGE CHARGE | |
| EXTRA PERSON | |
| SPECIAL EQUIPMENT | |
| LABOR CHARGE | |
| STORAGE | |
| RECOVERY | 50.00 |
| SUB-TOTAL | |
| TAX | |
| TOTAL | 125.— |

OPERATOR'S SIGNATURE: Bob Bauman  DATE: 10/5/01
TRUCK #: 706

CHARGE

T 61939

Thank You

PRODUCT 2525



# SCHLIER'S 24-HR. TOWING
I-80 & Rte. 715
P.O. Box 465
TANNERSVILLE, PA 18372
(570) 629-0293

## Road Service

| | |
|---|---|
| DATE: 10-6-01 | TIME: 1146 AM RELEASED BY: PSP |
| NAME: PSP | PHONE: |
| ADDRESS: | |
| CITY: | STATE: ZIP: |
| LOCATION OF VEHICLE: PSP Swiftwater | |
| YEAR/MAKE/MODEL: Chevy Lumina | COLOR: Maroon  DRIVER: |
| PLATE: PA EOE6175 | REGISTERED OWNER: |

**REASON FOR TOW:** X moved cars 30 ft into Pen

**TYPE OF TOW:** Flat Bed/Ramp

**TOWED PER ORDER OF:** State Police

**VEHICLE TOWED TO:** moved into Pen

| | |
|---|---|
| TOWING CHARGE | 45.00 |
| TOTAL | 45.00 |

TRUCK NO: 24
703

T 62564

Thank You



# SCHLIER'S 24-HR. TOWING
1-80 & Rte. 715
P.O. Box 465
TANNERSVILLE, PA 18372
(570) 629-0293

# Road Service

Date: 1-11-02
PS#: N6-631994

Tow from/Location: HESS GAS MARSHALLS CREEK

Year/Make/Model: Honda S 2000

Vehicle ID: HMAP11491TC59446

**REASON FOR TOW**: (unclear)

**TYPE OF TOW**: ☒ Wheel Lift

**TOWED PER ORDER OF**: ☒ State Police

**VEHICLE TOWED TO**: PSP Swiftwater

| Charges | Amount |
|---|---|
| TOWING CHARGE | 75.00 |
| MILEAGE CHARGE 21 | 63.00 |
| EXTRA PERSON | |
| SPECIAL EQUIPMENT | |
| LABOR CHARGE | |
| STORAGE | |
| SUB-TOTAL | |
| TAX | |
| TOTAL | 137.00 |

Operator: 74
Truck: 737

**CHARGE**

Signature: S. McO'Brien   1/11/02

T 64550

Thank You

# Road Service



I-80 & RT. 940
WHITE HAVEN, PA 18661
(570) 443-0655

| | |
|---|---|
| DATE: 7-12-02 | PENNSYLVANIA STATE POLICE |
| NAME | Pennsylvania State Police |
| ADDRESS | Hazleton Barracks |
| | Trooper Reznick |
| VEHICLE | Tanya & Hester Ann Dennison Two |
| YEAR/MAKE/MODEL | 00 Chrysler Sebring BLK |

| MILEAGE | SERVICE TIME | EXTRA PERSON |
|---|---|---|
| 30 | 8:50 AM | |
| 00 | 9:15 | |

**REASON FOR TOW** — (Impound)

**SPECIAL EQUIPMENT**

**TYPE OF TOW**: Flat bed dump
**TOWED PER ORDER OF**: State Police
**VEHICLE TOWED TO**: State Police Impound Garage, Hazleton PA

STORAGE FROM: Vehicle Involved In Robbery - Whitehaven

| | |
|---|---|
| TOWING CHARGE | 75.00 |
| MILEAGE CHARGE | 75.00 |
| EXTRA PERSON | |
| SPECIAL EQUIPMENT | |
| LABOR CHARGE | |
| STORAGE | |
| SUB TOTAL | |
| TAX | |
| TOTAL | 150.00 |

Date: 7-12-02

W 10234

Thank You

PRODUCT 2626